714

## LOUISVILLE & NASHVILLE RAILROAD COMPANY, Appellant,

v.

### Nancy CAMPBELL et al., Appellees.

Court of Appeals of Kentucky.

Oct. 28, 1955.

## Cova COMBS, Appellant,

v.

### COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 28, 1955.

C. S. Landrum, C. E. Rice, Jr., Lexington, Craft & Stanfill, Hazard, for appellant.

Napier & Napier, Hazard, for appellees.

PER CURIAM.

Motions for an appeal by appellant, Louisville and Nashville Railroad Company, and for a cross-appeal by appellees from a judgment of the Perry Circuit Court in the sum of $865 in favor of appellees for damages resulting from a fire originating on appellant's property.

A consideration of the record and of the points raised fails to disclose any error which we consider prejudicial to either appellant's or appellees' substantial rights.

The motions for an appeal and for a cross-appeal are overruled and the judgment is therefore affirmed.